```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 21982
   JASON WATSON
   REBECCA WATSON                                CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-7801     SSN XXX-XX-1156

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/30/2008 and was not confirmed.

     The case was dismissed without confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
LEIBOWITZ LAW CENTER      NOTICE ONLY    NOT FILED              .00           .00
EDUCATION LOAN SERV CORP  UNSECURED        35226.68             .00           .00
CHASE MANHATTAN BANK      UNSECURED         2174.70             .00           .00
CHASE BANK USA NA         UNSECURED          800.33             .00           .00
BELL WEST CU              UNSECURED         4510.18             .00           .00
CHICAGO FIREFIGHTERS CRE  CURRENT MORTG        .00              .00           .00
CHICAGO FIREFIGHTERS CRE  SECURED NOT I     973.09              .00           .00
BANK OF AMERICA           SECURED NOT I  NOT FILED              .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED             .00           .00
CHICAGO FIREFIGHTERS CRE  CURRENT MORTG        .00              .00           .00
TAYLOR BEAN & WHITAKE     CURRENT MORTG        .00              .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00              .00           .00
ARTISAN PLASTIC SURGERY   UNSECURED       NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED             .00           .00
BELLWEST COMMUNITY CU     UNSECURED       NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSECURED        11053.99             .00           .00
BEST BUY                  UNSECURED       NOT FILED             .00           .00
BEST BUY                  UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00           .00
CHASE                     UNSECURED       NOT FILED             .00           .00
CITIFINANCIAL             UNSECURED       NOT FILED             .00           .00
CITIBANK DRIVERS EDGE     UNSECURED       NOT FILED             .00           .00
KOHLS                     UNSECURED       NOT FILED             .00           .00
VERIZON WIRELESS          UNSECURED       NOT FILED             .00           .00
EXPRESS LOAN SERVICING    UNSECURED       NOT FILED             .00           .00
MORRISON & MIX            DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 21982 JASON WATSON & REBECCA WATSON
```

```
TRUSTEE                                                    .00

PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                          ---------------  ---------------
TOTALS                                                .00              .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
     Dated: 03/05/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 08 B 21982 JASON WATSON & REBECCA WATSON
```